**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| JEFF FAULKNER, ET AL., §<br>   Plaintiffs, §<br>§<br>v. § Case No. 6:12-cv-104<br>§<br>PATTERSON-UTI DRILLING §<br>COMPANY LLC, §<br>   Defendant. § | |
| BRANDON MARTIN, ET AL. §<br>   Plaintiffs, §<br>§<br>v. § Case No. 6:12-cv-219<br>§<br>PATTERSON-UTI DRILLING §<br>COMPANY LLC, §<br>   Defendant. § | |

## ORDER

As stated at the pretrial hearing on January 23, 2014, the above-styled cases are hereby consolidated for trial. Additionally, jury selection is continued to **February 24, 2014 at 9:00 a.m.**, with trial to commence immediately thereafter. A pretrial conference is hereby scheduled for **February 18, 2014 at 1:30 p.m.**

So ORDERED and SIGNED this 24th day of January, 2014.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**